**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON**

**CIVIL ACTION NO. 03-224-DLB**

**BRENDA SULLIVAN**                                                                                         **PLAINTIFF**

vs.                                                         **JUDGMENT**

**UNITED PARCEL SERVICE, INC.**                                     **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Memorandum Opinion and Order filed concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby granted for the Defendant; and that this matter is hereby **dismissed with prejudice**, and **stricken** from the docket of this court.

This is a final and appealable order.

This 7th day of December, 2004.

Signed By:
*David L. Bunning* DB
**United States District Judge**

G:\DATA\Opinions\2-03-224-Judgment.wpd